THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CATHERINE H. and C.M., <br><br> Plaintiffs, <br><br> v. <br><br> BLUECROSS BLUESHIELD OF ILLINOIS, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 4:23-cv-00013-DN-PK <br><br> District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT

Judgment is entered in favor of Defendant and against Plaintiffs. Plaintiffs' Complaint and this action are DISMISSED without prejudice for lack of subject matter jurisdiction.

Signed September 8, 2023.

BY THE COURT

_____
David Nuffer
United States District Judge